IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROGER RINALDI,

      Plaintiff,

v.

STATE OF WISCONSIN, *et al.*,

      Defendants.

ORDER

19-cv-3-wmc

---

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455.

Entered this 11th day of February, 2019.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge

1