IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROGER PETER RINALDI,,

    Plaintiff,

  v.

STATE OF WISCONSIN,
WISCONSIN SUPREME COURT,
PATIENCE D. ROGGENSACK,
WISCONSIN OFFICE OF LAWYER
REGULATION,
KEITH SELLEN, TRAVIS J. STIEREN,
ROBERT J. KASIETA,
THERON EDWARD PARSONS, IV,
EDWARD A. HANNAN, JAMES J.
WINIARSKI, MARK W. RATTAN,
LITCHFIELD CAVO, LLP, STEPHANIE
L. DYKEMAN,
WELLS FARGO BANK, N.A., AND
BRAD SCHIMEL,

    Defendants.

Case No. 19-cv-3-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/
Peter Oppeneer, Clerk of Court

8/13/2019
Date